**Order entered October 31, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00132-CV

### D. BRENT LEMON, Appellant

### V.

### DANIEL HAGOOD, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-03989-E**

## ORDER

We **GRANT** appellee's October 28, 2013 unopposed second motion for an extension of time to file a brief. Appellee shall file his brief on or before November 25, 2013. We caution appellee that no further extension of time will be granted absent extraordinary circumstances.

/s/    ELIZABETH LANG-MIERS
        JUSTICE